NATHAN M. JENKINS (NV Bar 560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
Phone: (775) 829-7800
Fax: (775) 829-0511
Email: nathan@njenkinslaw.com

QUARLES & BRADY LLP
Kevin D. Quigley (AZ Bar 15972 *admitted pro hac vice*)
Edward A. Salanga (AZ Bar 20654 *admitted pro hac vice*)
Brian A. Howie (AZ Bar 26021 *admitted pro hac vice*)
Joshua D. Maggard (WI Bar 1061378 *admitted pro hac vice*)
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Phone: (602) 229-5200
Fax: (602) 229-5690
Email: kevin.quigley@quarles.com
Email: edward.salanga@quarles.com
Email: brian.howie@quarles.com
Email: joshua.maggard@quarles.com

*Attorneys for Defendants MXI Corp,*
   *Martin J. Brooks, Jeanette L. Brooks, and Andrew Brooks*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 29 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE MARTINEZ, MICHELLE MARTINEZ, and SUNSHINE MARTINEZ-VALDEZ, individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>   Plaintiffs,<br><br>vs.<br><br>MXI CORP, et al.,<br><br>   Defendants. | Case No. 3:15-cv-00243-RCJ-VPC<br><br>**STIPULATED MOTION TO EXTEND CASE DEADLINES AND STAY DISCOVERY** |

Plaintiffs Enrique Martinez, Michelle Martinez, and Sunshine Martinez-Valdez (collectively, "Plaintiffs") and Defendants MXI Corp., Martin J. Brooks, Jeanette L. Brooks, Andrew Brooks, Dr. Gordon Pedersen, Connie Hollstein, Sherman Smith, Ruth Smith, William "Butch" Swaby, Carolyn Swaby, Felix Gudino, Lisa Gudino, Glen Overton, Kim Overton, Adam Paul Green, Melannie Green, Jeremy Reynolds, Karen Reynolds, Derrick Winkel, Naomi Winkel, Paul Engemann, Suzanne Engemann, Paula Pritchard, Kathleen Robbins, Ian Murray, Judy Murray, Sandy Chambers, and Kerry Dean (collectively, "Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this Stipulated Motion to Extend Case Deadlines and Stay Discovery.

The Parties respectfully request that the Court approve the following extensions:

1. <u>Deadline for Defendants to Answer the Complaint</u>: The Parties respectfully request that the Court extend the deadline for Defendants to answer the Complaint from April 7, 2016 to May 9, 2016.

2. <u>Un-Expired Deadlines in the Joint Case Management Report</u>: The Parties respectfully request that the Court extend by 30 days each un-expired deadline in the Parties' Revised Joint Case Management Report. [Dkt. 91 at 9.]

The Parties further request that the Court stay discovery in this matter until April 25, 2016, except that the Parties must respond to any outstanding written discovery. No depositions, however, will take place before April 25, 2016.

The Parties are engaged in settlement discussions, and the requested extensions and stay will give the Parties additional time and resources to focus on reaching settlement. This Motion is made in good faith, and also arises in part out of the difficulty and expense of completing depositions with multiple Parties located out-of-state.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: March 25, 2016

| DICKINSON WRIGHT PLLC | JENKINS LAW FIRM |
|---|---|
| s/Justin J. Bustos (with permission)<br>JOHN P. DESMOND (NV Bar No. 5618)<br>JUSTIN J. BUSTOS (NV Bar No. 10320)<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: (775) 343-7500<br>Fax: (775) 786-0131<br>Email: jdesmond@dickinsonwright.com<br>Email: jbustos@dickinsonwright.com | s/Nathan M. Jenkins (with permission)<br>Nathan M. Jenkins (No. 560)<br>1895 Plumas Street, Suite 2<br>Reno, NV 89509<br>Tel.: (775) 829-7800<br>Fax: (775) 829-0511<br>E-mail: nathan@njenkinslaw.com |
| REID COLLINS & TSAI LLP<br>R. Adam Swick (*pro hac vice*)<br>J. Benjamin King (*pro hac vice*)<br>1301 S. Capital of Texas Hwy, Suite C300<br>Austin, Texas 78746<br>Tel: (512) 647-6100<br>Fax: (512) 647-6129<br>Email: aswick@rctlegal.com<br>Email: bking@rctlegal.com<br><br>*Attorneys for Plaintiffs* | QUARLES & BRADY LLP<br><br>s/Brian A. Howie<br>Kevin D. Quigley (admitted *pro hac vice*)<br>Edward A. Salanga (admitted *pro hac vice*)<br>Brian A. Howie (admitted *pro hac vice*)<br>Joshua D. Maggard (admitted *pro hac vice*)<br>One Renaissance Square<br>2 N. Central Ave.<br>Phoenix, AZ 85004<br>Tel.: (602) 229-5200<br>Fax: (602) 229-5690<br>E-mail: kevin.quigley@quarles.com<br>edward.salanga@quarles.com<br>brian.howie@quarles.com<br>joshua.maggard@quarles.com<br>*Attorneys for Defendants MXI Corp., Martin J. Brooks, Jeanette L. Brooks and Andrew Brooks* |

| | |
|---|---|
| KAEMPFER CROWELL | RANDS, SOUTH & GARDNER |
| s/Lesley B. Miller (with permission) | s/Douglas R. Rands (with permission) |
| Lesley B. Miller (NV Bar No. 7987) | DOUGLAS R. RANDS (NV Bar No. 3572) |
| 1980 Festival Plaza Drive, Ste. 650 | 9498 Double R Blvd., Suite A |
| Las Vegas, NV 89135 | Reno, NV 89521 |
| Tel: (702) 792-7000 | Tel: (775) 827-6464 |
| Fax: (702) 796-7181 | drands@rsgnvlaw.com |
| lmiller@kcnvlaw.com | |

*Attorneys for Defendants Paula Pritchard, Kathleen Robbins, Ian Murray, Judy Murray, Sandy Chambers, and Kerry Dean*

*Attorneys for Defendants Dr. Gordon Pedersen, Connie Hollstein, Sherman Smith, Ruth Smith, William "Butch" Swaby, Carolyn Swaby, Felix Gudino, Lisa Gudino, Glen Overton, Kim Overton, Adam Paul Green, Melannie Green, Jeremy Reynolds, Karen Reynolds, Derrick Winkel, Naomi Winkel, Paul Engemann, and Suzanne Engemann*

\* \* \*

## ORDER

**IT IS SO ORDERED.**

Dated: March 29, 2016.

_____
United States Magistrate Judge

-4-

## CERTIFICATE OF SERVICE

I certify that I am an employee of QUARLES & BRADY and that on this date the within document entitled Stipulated Motion to Extend Deadlines and Stay Discovery was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

John P. Desmond, Esq.
Justin J. Bustos, Esq.
Dickinson Wright, PLLC
100 W Liberty Street, Suite 940
Reno, NV 89501

R. Adam Swick, Esq.
J. Benjamin King, Esq.
Reid Collins & Tsai LLP
1301 S Capital of Texas Hwy, Suite C300
Austin, TX 78746

Douglas R. Rands, Esq.
Rands, South & Gardner
9498 Double R Blvd, Suite A
Reno, NV 89521

Lesley B. Miller, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

DATED this 25th day of March, 2016.

/s/ Debra L. Hitchens