LESLEY B. MILLER
Nevada Bar No. 7987
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
lmiller@kcnvlaw.com
**Attorney for Defendants**
*Paula Pritchard, Kathleen Robbins, Ian Murray,*
*Judy Murray, Sandy Chambers, and Kerry Dean*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE MARTINEZ, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>MXI CORP., *et al.*,<br><br>Defendants. | Case No.: 3:15-cv-00243-MMD-VPC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ENRIQUE MARTINEZ, MICHELLE MARTINEZ, and SUNSHINE MARTINEZ-VALDEZ, BECKIE LOBB, and PAULA WILSON (COLLECTIVELY, "Plaintiffs"), and Defendants PAULA PRITCHARD, KATHLEEN ROBBINS, IAN MURRAY, JUDY MURRAY, SANDY CHAMBERS, and KERRY DEAN (collectively the "Pritchard Defendants"), by and through their respective counsel of record, that, due to a settlement-in-principle being reached between the parties regarding Plaintiffs' individual and class claims, the Pritchard Defendants' deadline to respond to the First Amended Class Action Complaint [Dkt. 140] may be extended until fifteen (15) days from the Court's denial of Plaintiff's motion for preliminary or final approval of the settlement agreement under Rule 23(e), Federal Rules of Civil Procedure. This Stipulation is made in good faith.

| | |
|---|---|
| DICKINSON WRIGHT, PLLC | KAEMPFER CROWELL |
| By: /s/R. Adam Swick | By: /s/Lesley B. Miller |
| John P. Desmond (NV Bar No. 5618) | Lesley B. Miller, Esq. (NV Bar No. 7987) |
| Justin J. Bustos (NV Bar No. 10320) | 1980 Festival Plaza Drive, Suite 650 |
| 100 West Liberty St., Suite 940 | Las Vegas, Nevada 89135 |
| Reno, NV 89501 | Tel.: (702) 792-7000 |
| Tel.: (775) 343-7500 | Fax: (702)796-7181 |
| Fax: (775) 786-0131 | E-mail: lmiller@kcnvlaw.com |
| E-mail: JDesmond@dickinson-wright.com | ***Attorneys for Defendants Paula Pritchard, Kathleen Robbins, Ian Murray, Judy Murray, Sandy Chambers, and Kerry Dean*** |
| R. Adam Swick (admitted pro hac vice) | |
| REID COLLINS & TSAI LLP | |
| 1301 S. Capital of Texas Hwy. | |
| Suite C300 | |
| Austin, TX 78746 | |
| Tel.: (512) 647-6100 | |
| Fax: (512) 647-6129 | |
| E-mail: aswick@rctlegal.com | |
| ***Attorneys for Plaintiffs Enrique Martinez, Michelle Martinez, Sunshine Martinez, Beckie Lobb and Paula Wilson*** | |

IT IS SO ORDERED.

**ORDER**

_[signature]_

UNITED STATES DISTRICT JUDGE

DATED: August 31, 2016

# Michelle Diegel

| | |
|---|---|
| **From:** | Adam Swick <aswick@rctlegal.com> |
| **Sent:** | Tuesday, August 30, 2016 2:26 PM |
| **To:** | Lesley Miller |
| **Cc:** | Michelle Diegel; Ben King |
| **Subject:** | RE: Stipulation regarding extending deadline to answer |

Fine with me.

**From:** Lesley Miller [mailto:LMiller@kcnvlaw.com]
**Sent:** Tuesday, August 30, 2016 2:35 PM
**To:** Adam Swick <aswick@rctlegal.com>
**Cc:** Michelle Diegel <MDiegel@kcnvlaw.com>; Ben King <bking@rctlegal.com>
**Subject:** RE: Stipulation regarding extending deadline to answer

Thank you.  Here it is revised.  Let me know if okay to file.
Lesley

**KAEMPFER**
**CROWELL**

Lesley B. Miller
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: lmiller@kcnvlaw.com

| BIO | WEBSITE | VCARD |

 Please consider the environment before printing this email

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (702) 792-7000.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Adam Swick [mailto:aswick@rctlegal.com]
**Sent:** Tuesday, August 30, 2016 11:39 AM
**To:** Lesley Miller
**Cc:** Michelle Diegel; Ben King
**Subject:** RE: Stipulation regarding extending deadline to answer

1

I think one of the defendant groups asked for an extension and the Court granted it, but changed the language of the order to something like 15 days after the denial of the settlement documents. May want to conform the proposed order and relief requested to that.

**From:** Lesley Miller [mailto:LMiller@kcnvlaw.com]
**Sent:** Tuesday, August 30, 2016 12:08 PM
**To:** Adam Swick <aswick@rctlegal.com>
**Cc:** Michelle Diegel <MDiegel@kcnvlaw.com>
**Subject:** Stipulation regarding extending deadline to answer

Adam,

With your review and approval of the enclosed stipulation, we will file it with the court to extend the Pritchard Defendants' deadline to answer the amended complaint.

Thank you,
Lesley



Lesley B. Miller
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: lmiller@kcnvlaw.com

| BIO  | WEBSITE  | VCARD |

 Please consider the environment before printing this email

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (702) 792-7000.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.