**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENRIQUE MARTINEZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MXI CORP., *et al.*,<br><br>Defendants. | **CASE NO. 3:15-cv-00243-MMD-VPC**<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION COSTS, AND SERVICE AWARDS** |

The Court, having considered Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Costs, and Service Awards (the "**Motion**") and the memorandum and declarations in support thereof (ECF No. 163), arguments of counsel made in support of the Motion, and after a duly noticed hearing held on February 27, 2017, hereby orders that:

1.    Class Counsel are awarded attorneys' fees in the amount of $1,561,091.43;

2.    Class Counsel are awarded reimbursement of their unreimbursed costs and expenses in the amount of $38,908.57;

3.    The Named Representatives are awarded $35,000.00 in service awards, to be distributed as follows:

- Enrique Martinez - $10,000
- Michelle Martinez - $10,000
- Sunshine Martinez-Valdez - $5,000
- Beckie Lobb - $5,000
- Paula Wilson - $5,000

4.    The attorneys' fees, reimbursement of expenses, and service awards will be paid from the Settlement Fund at the time described in the Settlement Agreement.

It is so ordered.

DATED THIS 28th day of February 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE